UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR ENVIRONMENTAL HEALTH, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>TOM VILSACK, et al.,<br><br>　　　　Defendants. | Case No.  15-cv-01690-JSC<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE** |

Upon review of the parties' joint case management conference statement (Dkt. No. 45), the case management conference scheduled for November 5, 2015 is VACATED.  Further, the parties do not need to comply with ADR Local Rule 3-5 in light of their efforts to resolve this case without a neutral.

On or before November 13, 2015, the parties shall file a joint status report which advises the Court of the progress of their settlement discussions and proposes next steps, including, if needed, a proposed schedule.

**IT IS SO ORDERED.**

Dated: November 3, 2015

　　　　　　　　　　　　　　　　　　　　　　　JACQUELINE SCOTT CORLEY
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge