UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR ENVIRONMENTAL HEALTH, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>TOM VILSACK, et al.,<br><br>　　　　Defendants. | Case No.  15-cv-01690-JSC<br><br>**ORDER REGARDING CASE MANAGEMENT CONFERENCE AND BRIEFING SCHEDULE** |

　　　　The Court is in receipt of the parties' joint status report.  (Dkt. No. 48.)  As the parties' proposed, Defendant shall produce the administrative record on or before December 9, 2015 and the parties shall submit a stipulated briefing schedule for cross motions for summary judgment on or before December 22, 2015.  A case management conference is scheduled for January 7, 2016 at 1:30 p.m.; however, if the parties are able to agree to a stipulated briefing schedule the conference shall be vacated.

　　　　**IT IS SO ORDERED.**

Dated: November 24, 2015

　　　　　　　　　　　　　　　　　　　　　　　　JACQUELINE SCOTT CORLEY
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge