UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR ENVIRONMENTAL HEALTH, et al., <br><br> Plaintiffs, <br><br> v. <br><br> TOM VILSACK, et al., <br><br> Defendants. | Case No. 15-cv-01690-JSC <br><br> **ORDER RE: MOTION FOR LEAVE TO APPEAR AMICUS WESTERN GROWERS ASSOCIATION** <br><br> Re: Dkt. No. 63 |

The parties' cross-motions for summary judgment are now pending before the Court and set to be heard on May 12, 2016 at 9:00 a.m. (Dkt. Nos. 57 & 59.) The Western Growers Association has filed a request for leave to appear and file an amicus curiae brief in support of Defendants, accompanied by the proposed amicus curiae brief. (Dkt. Nos. 63 & 64.) The Court is inclined to grant the Western Growers Association's motion for leave to appear as amicus curiae and file the proposed brief. If Plaintiffs oppose the motion to file the amicus brief, they shall file their opposition by May 4, 2016. To the extent that Plaintiffs wish to respond to the amicus curie brief of the Western Growers Association any such response is due May 10, 2016.

**IT IS SO ORDERED.**

Dated: April 28, 2016

JACQUELINE SCOTT CORLEY
United States Magistrate Judge