PAIGE M. TOMASELLI (CSB No. 237737)
GEORGE A. KIMBRELL (*Pro Hac Vice*)
Center for Food Safety
303 Sacramento Street, 2nd Floor
San Francisco, CA 94111
T: (415) 826-2770 / F: (415) 826-0507
Emails: ptomaselli@centerforfoodsafety.org
        gkimbrell@centerforfoodsafety.org

RALPH O. BLOEMERS (*Pro Hac Vice*)
MAURA C. FAHEY (*Pro Hac Vice*)
Crag Law Center
917 SW Oak Street, Suite 417
Portland, OR 97205
T: (503) 525-2727 / F: (503) 296-5454
Emails: ralph@crag.org
        maura@crag.org

*Counsel for Plaintiffs*

**THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CENTER FOR FOOD SAFETY, *et al.*, | Case No. 3:15-cv-1690-JSC |
| *Plaintiffs*, | **NOTICE OF WITHDRAWAL OF PENDING MOTION FOR ATTORNEYS' FEES AND COSTS AND SETTLEMENT OF CLAIM FOR ATTORNEYS' FEES AND COSTS** |
| v. | |
| TOM VILSACK, *et al.*, | |
| *Defendants*. | **Date: November 17, 2016**<br>**Time: 9:00 a.m.**<br>**Courtroom: F, 15th Floor**<br>**Hon. Jacqueline S. Corley** |

**NOTICE OF WITHDRAWAL OF PENDING MOTION FOR ATTORNEYS' FEES AND COSTS AND SETTLEMENT OF CLAIM FOR ATTORNEYS' FEES AND COSTS**

Pursuant to Civil Local Rule 7-7(e), Plaintiffs respectfully advise the Court that the Parties have entered into a settlement agreement with respect to Plaintiffs' Motion for Attorneys' Fees and Costs, ECF No. 89. Accordingly, Plaintiffs withdraw the pending Motion for Attorneys' Fees and Costs and likewise notify the Court that they will not file any further motions for attorneys' fees or costs in this action. Plaintiffs request that the matter be removed from the Court's docket and the case be closed.

Respectfully submitted this 29th day of September, 2016 in San Francisco, California.

/s/ Paige M. Tomaselli
Paige M. Tomaselli (CSB No. 237737)
George A. Kimbrell (*Pro Hac Vice*)
Center for Food Safety
303 Sacramento Street, 2nd Floor
San Francisco, CA 94111
T: (415) 826-2770 / F: (415) 826-0507
Emails: ptomaselli@centerforfoodsafety.org
　　　　gkimbrell@centerforfoodsafety.org

Ralph O. Bloemers (*Pro Hac Vice*)
Maura C. Fahey (*Pro Hac Vice*)
Crag Law Center
917 SW Oak Street, Suite 417
Portland, OR 97205
T: (503) 525-2727 / F: (503) 296-5454
Emails: ralph @crag.org
　　　　maura@crag.org

*Counsel for Plaintiffs*